UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Civil No. 4:26-cv-10947
Honorable F. Kay Behm

iPhone 15 Pro Max cellular phone,
SN MFL6TY6GQY,

Defendant *in rem*.

---

**Default Judgment and Final Order of Forfeiture**

---

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendant *in rem.* The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendant *in rem,* which consists of the following: iPhone 15 Pro Max cellular phone, SN MFL6TY6GQY (26-ICE-

000278), is **FORFEITED** to the United States under 18 U.S.C. § 2254 and a Final Order of Forfeiture as to the Defendant *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendant *in rem*, is forever **EXTINGUISHED** and clear title to the Defendant *in rem* is **VESTED** in the United States.

The Homeland Security Investigations, or its designee, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

**SO ORDERED.**

Dated: September 21, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge